UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSE LOPEZ-BUELNA, ET AL<br>                    Defendant. | District No.   2:09-CR-113 GMN PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On February 1, 2011, this court received a transcript order form dated January 30, 2011 requesting a Transcript of the hearing held on January 25, 2011, from Ms. Marty Woelfle, counsel for Plaintiff, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 15th day of February, 2011.

_____
Gloria M. Navarro
United States Judge