# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )   2:09-cr-113-GMN-PAL<br>) |
| JOSE LOPEZ-BUELNA, | )<br>) |
| Defendant. | )   **ORDER**<br>) |

The Court having granted Robert M. Draskovich, Jr. Esquire's "Motion to Withdraw as Counsel" (#40) and defendant Jose Lopez-Buelna's motion for appointment of counsel (#351) with good cause appearing;

IT IS HEREBY ORDERED that Robert Story, Esq. is appointed as counsel for Jose Lopez-Buelna in place of Mr. Draskovich for all future proceedings.

IT IS FURTHER ORDERED that Mr. Draskovich shall forward the file to Mr. Story forthwith.

DATED this __14th__ day of July, 2011.

Nunc Pro Tunc: July 12, 2011.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE