**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

o-O-o

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case 2:09-cr-00113-GMN-PAL |
| Plaintiff, | ORDER UNSEALING CHANGE OF PLEA PROCEEDINGS |
| v. | |
| JOSE LOPEZ-BUELNA, et al., | |
| Defendants. | |

On motion of the United States, and good cause appearing, it is ORDERED that transcript of defendant Lopez-Buelna's change of plea proceeding be unsealed.

DATED this  2nd  day of August, 2011.

_____
Gloria M. Navarro
United States District Judge