UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOSE LOPEZ-BUELNA<br><br>　　　　　Defendant. | District No.　2:09-CR-113 GMN PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 8, 2011 this court received a transcript order form dated December 2, 2011 requesting a Transcript of the hearing held on January 20, 2011 from Mr. David M. Dudley, Retained Counsel for Defendant Jose Lopez-Buelna, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _____ day of December, 2011.

_____
Gloria M. Navarro
United States District Judge