# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

USA

        Plaintiff,

vs.

JOSE LOPEZ-BUELNA

        Defendant.

District No.   2:09-CR-113 GMN PAL

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 12, 2011 this court received a transcript order form dated December 12, 2011 requesting a Transcript of the hearing held on January 20, 2011 from Ms. Margaret Honrath, counsel for the Plaintiff, United States of America, in which **a portion of the hearing is sealed.**

    **IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff's Counsel.

    **IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

    **IT IS FURTHER ORDERED** that Plaintiff's Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

    DATED this ___ day of December, 2011.

                                        _____
                                        Gloria M. Navarro
                                        United States District Judge