# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE LOPEZ-BUELNA,<br><br>        Defendant. | Case No.: 2:09-cr-00113-GMN-PAL-2<br><br>**ORDER**<br>**(ECF Docs. 486 & 490)** |

Pending before the Court is the Motion to Compel Defense Counsel to Release Documents and Discovery (ECF No. 486) filed by pro se Defendant Jose Lopez-Buelna on March 20, 2013. Also before the Court is the Motion to Dismiss Defendant's Counsel Mario Valencia From Motion to Compel Defense Counsel to Release Documents and Discovery (ECF No. 490), also filed by pro se Defendant Jose Lopez-Buelna on March 27, 2013.

The Court finds through Defendant's own admission that former defense counsel Mario Valencia has provided to Defendant the documents and discovery requested in his motion. However, with regard to Defendant's motion requesting this Court to compel former defense counsel David Dudley to provide documents and discovery to the Defendant, this Court finds that the Defendant has failed to provide a legal basis for the Court to grant the relief requested.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions to Compel Defense Counsel [David Dudley] to Release Documents and Discovery (ECF Nos. 486 & 490) are hereby **DENIED**.

**DATED** this 5th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge