UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS VEGA-RUBIO, et al.,<br><br>Defendants. | Case No. 2:09-cr-00113-GMN-EJY<br><br>**ORDER** |

Presently before the Court is Defendant Jose Lopez-Buelna's ("Lopez-Buelna") Second Motion for Status. ECF No. 546. On October 19, 2020, Defendant Lopez-Buelna filed his First Motion for Status (ECF No. 544) seeking an update from the Court regarding his Motion for Compassionate Release. On October 21, 2020, Judge Navarro issued a Minute Order granting Defendant's First Motion for Status. ECF No. 545. Judge Navarro advised Defendant that the Court issued an August 13, 2020 Order denying his Motion for Compassionate Release (ECF No. 542), and instructed the Clerk's Office to send Defendant a copy of the same Order. *Id*.

Defendant Lopez-Buelna's instant Motion for Status again seeks an update regarding his Motion for Compassionate Release. ECF No. 546 at 1. This Motion also requests the Court "file [his] letter in the Court." *Id*. The Court grants Defendant's Second Motion for Status to the extent that it confirms, for a second time, that Judge Navarro entered an Order denying Defendant Lopez-Buelna's Motion for Compassionate Release. The Court further advises Defendant that his submissions are automatically filed on the Electronic Court Filing System.

Accordingly,

IT IS HEREBY ORDERED that Defendant Jose Lopez-Buelna's Second Motion for Status (ECF No. 546) is GRANTED confirming, for a second time, that Judge Navarro entered an Order denying Defendant's Motion for Compassionate Release.

IT IS FURTHER ORDERED that the Clerk's Office shall send Defendant another copy of the Court's Order Denying Defendant Jose-Lopez Buelna's Motion for Compassionate Release. ECF No. 542.

DATED THIS 12th day of February, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE